UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CUTRELL VARNADO                                                                                   PETITIONER

V.                                                           CIVIL ACTION NO. 3:23-CV-3014-KHJ-BWR

BRAND HUFFMAN                                                                                  RESPONDENT

ORDER

Before the Court is the [10] Report and Recommendation ("Report") of United States Magistrate Judge Bradley W. Rath. The Report recommends dismissing with prejudice pro se Petitioner Cutrell Varnado's [1] Petition for Writ of Habeas Corpus. [10] at 1, 15. The Report notified the parties that failure to file written objections within 14 days would bar further appeal in accordance with 28 U.S.C. § 636. *Id.* at 15–16.

When no party objects to a magistrate judge's report, the Court need not review it de novo. *See* 28 U.S.C. § 636(b)(1). Instead, the Court can apply the clearly erroneous, abuse-of-discretion, and contrary-to-law standard of review. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

Varnado filed no objections to the Report, and the time to do so has passed. The Report is neither clearly erroneous nor contrary to law. The Court therefore adopts the Report as the opinion of this Court.

Accordingly, the Court DISMISSES Petitioner Cutrell Varnado's [1] Petition for Writ of Habeas Corpus and DISMISSES his habeas claims with prejudice. The Court will issue a final judgment consistent with this Order.

SO ORDERED, this 15th day of July, 2024.

                                                                      s/ *Kristi H. Johnson*  
                                                                    UNITED STATES DISTRICT JUDGE